# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | Civil No. 09-0914 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| VICKI Y. COX-MAXWELL, *et al.*, | |
| Defendants, | |

This matter is before the Court on the stipulation filed by the parties on June 16, 2009 [Docket No. 11].

**IT IS HEREBY ORDERED** that: all claims by Plaintiff against Defendants JADT Development Group, LLC, River View Homes, LLC, and Franklin National Bank of Minneapolis be **DISMISSED WITHOUT PREJUDICE**, and without an award of costs, disbursements or attorneys' fees to any party.

DATED: June 29, 2009  
at Minneapolis, Minnesota.

s/John R. Tunheim  
JOHN R. TUNHEIM  
United States District Judge