# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., <br> Plaintiff, <br><br> v. <br><br> VICKI Y. COX-MAXWELL, LARRY MAXWELL, JADT DEVELOPMENT GROUP, LLC, RIVER VIEW HOMES, LLC, FRANKLIN NATIONAL BANK OF MINNEAPOLIS, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., MINNESOTA DEPARTMENT OF REVENUE, JOHN DOE, MARY ROE, XYZ CORPORATION, AND ABC PARTNERSHIP, <br><br> Defendants | Civil No. 09-0914 (JRT/AJB) <br><br><br> **ORDER APPROVING STIPULATION AND REMAND TO STATE DISTRICT COURT** |

___

Steven Little, **COLEMAN HULL & VAN VLIET, PLLP,** 8500 Normandale Lake Boulevard, Suite 2110, Minneapolis, MN 55437, for plaintiff.

Roylene Champeaux, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Defendant United States of America.

This matter is before the Court on the Stipulation between Plaintiff and Defendant United States of America filed on September 13, 2010 [Docket No. 20].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Stipulation between Plaintiff and Defendant United States of America is hereby approved.

2. This matter is hereby remanded to the Hennepin County District Court, State of Minnesota, Hennepin County Court File No. 27-CV-09-6595, in which it was originally venued prior to the removal to this Court by Defendant United States of America.

DATED: September 14, 2010
at Minneapolis, Minnesota.

                                                                                                                                            ___s/ John R. Tunheim____
                                                                                                                                         JOHN R. TUNHEIM
                                                                                                               United States District Judge